# Court of Appeals
# of the State of Georgia

ATLANTA,   August 24, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2186. VENISZEE v. THE STATE.**

Appellant did not file an enumeration of errors or brief within 20 days of the docketing of the appeal as directed. On August 6, 2012, this Court ordered Appellant to file an enumeration of errors and brief in this case no later than August 16, 2012, or face possible dismissal of the appeal.

As of the date of this order, Appellant has not filed an enumeration of errors and brief as ordered by this Court. Therefore, this appeal is **DISMISSED**. Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 08/24/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



, *Clerk.*